**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **MOHAMED BASHIR CALI #A221-345-429** | **CIVIL ACTION NO.  1:26-CV-01345 SEC P** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT ET AL** | **MAGISTRATE JUDGE DAVID J. AYO** |

### <u>MEMORANDUM ORDER</u>

Before the Court is a PETITION FOR WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241 [Doc. 1] filed by *pro se* Petitioner Mohamed Bashir Cali ("Cali"), an immigration detainee at the IAH -Secure Detention Center Facility in Livingston, Texas.  Cali seeks release from prolonged detention.

Cali is a native of Somalia who has been detained in ICE custody since October 21, 2024.  [Doc. 1-2 at 7].  He was ordered removed on April 22, 2025, and appealed the decision. The Board of Immigration Appeals remanded the matter to the Immigration Judge who again ordered Cali removed to Somalia on December 19, 2025. [Doc. 1-3 at IV].  He appealed the Removal Order on January 20, 2026.  [Doc. 1-3 at p. 15].  Abdalla alleges that his removal is not likely to occur in the reasonably foreseeable future.  [Doc. 1-2 at 11].

A court may order a respondent to file an answer, motion, or other response, in its discretion.  *See generally* 28 U.S.C. § 2243; Rule 4 of the Rules Governing § 2254 Cases; *Danforth v. Minnesota*, 552 U.S. 264, 278 (2008); *Maniar v. Warden Pine Prairie Corr. Ctr.*, 6:18-CV-00544, 2018 WL 4869383, at *1 (W.D. La. 2018).

Accordingly, THE CLERK IS DIRECTED to serve a summons, a copy of the PETITION [Doc. 1], and a copy of this ORDER, by certified mail, on: (1) the United States through the United States Attorney for the Western District of Louisiana; (2) the United States Attorney

1

General; (3) DHS/ICE through its Office of General Counsel; and by regular mail on (4) the Warden where Cali is detained.

IT IS ORDERED that a response to the Petition be filed within 21 days after service on the United States Attorney for the Western District of Louisiana, with summary judgment evidence indicating whether there is a significant likelihood of removal in the reasonably foreseeable future, and whether Petitioner's detention is otherwise lawful.  This evidence shall include information regarding efforts made to obtain travel documents from any country.

IT IS FURTHER ORDERED that Petitioner shall have seven days within which to reply.

After the record is complete and delays have run, the Court will determine if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

THUS DONE in Chambers on this 2nd day of June, 2026.

_____
DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE